

1  HELANE L. MORRISON (State Bar No. 127752)
   SUSAN F. LaMARCA (State Bar No. 215231)
2  lamarcas@sec.gov
   VICTOR W. HONG (State Bar No. 165938)
3  hongv@sec.gov

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
6  Telephone: (415) 705-2500
   Facsimile: (415) 705-2501

FILED

DEC 0 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>HONG LU and CHI-LIN TOM,<br><br>Defendants. | Case No. C-99-289-VRW<br><br>[PROPOSED] ORDER APPROVING DISTRIBUTION PLAN |

Plaintiff Securities and Exchange Commission ("Plaintiff" or "Commission") Motion for Approval of Distribution Plan came before this Court. The Commission seeks by its Motion an order: (1) approving the plan proposed by the Commission to distribute approximately $360,000 currently in an account in the Court Registry Investment System ("CRIS") disgorged by the defendants in this case; and (2) directing the Clerk to transfer the funds in the CRIS account to Goldman Sachs Execution & Clearing, L.P., as the successor to Spear Leeds & Kellogg, L.P..

The Court, having considered the Commission's Motion, finds the Commission's proposed plan for distribution fair and reasonable. Therefore:

1   IT IS ORDERED that Plaintiff's plan for distributing the funds is hereby approved and
2 authorized.

3   IT IS FURTHER ORDERED that the funds currently held in the CRIS account, totaling
4 $359,864.08 as of August 11, 2005, including the funds originally deposited as a payment by the
5 defendant in this case and the income earned on those funds as interest (less allowable fees
6 deducted by the Court), be distributed to Goldman Sachs Execution & Clearing, L.P., as the
7 successor to Spear Leeds & Kellogg, L.P., as the investor identified as having been harmed by
8 the defendants' conduct. The Clerk of the Court is directed, without further order of this Court,
9 to deduct from the income earned on the investment from August 11, 2005 to the present a fee,
10 not exceeding that authorized by the Judicial Conference of the United States and set by the
11 Director of the Administrative Office of the United States Courts.

12   IT IS FURTHER ORDERED that the Clerk of the Court is hereby directed to transfer the
13 above-described funds in the CRIS account, including the principal plus income earned (less any
14 fee deducted), by wire transfer or by other, similar means, directly to Goldman Sachs Execution
15 & Clearing, L.P. (as the successor to Spear Leeds & Kellogg, L.P.).

17   IT IS SO ORDERED.

20 Dated:  DEC 0 - 2005

_____
United States District Judge